# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| STANLEY SCOTT SADLER, | NO. 2:18-cv-01440-JLR-BAT |
|---|---|
| Petitioner, | |
| v. | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER HABEAS PETITION |
| MARY J. BULLARD, STEPHEN SINCLAIR, | |
| Respondents. | |

The Court, having reviewed the record and Respondent's Motion for Extension of Time to Answer Petition (Dkt. 9); does hereby find and **ORDER**:

1. Respondent's Motion (Dkt. 9) is **GRANTED**. Respondent's Answer is due **January 25, 2019**. The answer will be treated in accordance with LCR 7. Accordingly, on the face of the answer, respondent shall note it for consideration on the fourth Friday after filing.

Petitioner may file and serve a response not later than the Monday immediately preceding the Friday designated for consideration of the matter.

Respondent may file and serve a reply not later than the Friday designated for consideration of the matter.

ORDER - 1

2. The Clerk of the Court is instructed to send uncertified copies of this Order to Petitioner and counsel for Respondent.

DATED this 14th day of December, 2018.

	BRIAN A. TSUCHIDA
	Chief United States Magistrate Judge

ORDER - 2