UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STANLEY SCOTT SADLER, | No. CV18-1440-JLR-BAT |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO RESPONDENT'S ANSWER TO PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS |
| v. | |
| MARY J. BULLARD, STEPHEN SINCLAIR, | |
| Respondents. | |

THE COURT has considered Petitioner Stanley Sadler's unopposed motion for an extension of time to file a reply to Respondents' answer to his petition under 28 U.S.C. § 2254 for writ of habeas corpus. Dkt. 15.

IT IS NOW ORDERED that Petitioner's motion (Dkt. 15) is **GRANTED;** the habeas petition shall be renoted for **March 15, 2019**. Petitioner's optional reply is now due by **March 11, 2019**.

DATED this 6th day of February 2019.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER FOR EXTENSION OF TIME TO FILE
REPLY TO ANSWER TO PETITION FOR WRIT
OF HABEAS CORPUS
(*Stanley Sadler*, CV18-1440-JLR-BAT) - 1