UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STANLEY SCOTT SADLER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MARY J. BULLARD, STEPHEN SINCLAIR,<br><br>　　　　　Respondents. | No. 2:18-cv-1440-JLR-BAT<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO RESPONDENT'S ANSWER TO PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS |

THE COURT has considered Petitioner Stanley Sadler's motion for an extension of time to file a reply to Respondents' answer to his petition under 28 U.S.C. § 2254 for writ of habeas corpus. Dkt. 17. Respondents filed no response to the motion.

IT IS NOW ORDERED that the habeas petition is **renoted for April 19, 2019**. Petitioner's optional reply is due by **April 15, 2019**.

DATED this 18th day of March 2019.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge

ORDER FOR EXTENSION OF TIME TO FILE
REPLY TO ANSWER TO PETITION FOR WRIT
OF HABEAS CORPUS
(*Stanley Sadler*, CV18-1440-JLR-BAT) - 1