UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| STANLEY SCOTT SADLER, | |
|---|---|
| Petitioner, | CASE NO. 2:18-cv-01440-JLR-BAT |
| v. | **ORDER WITHDRAWING REPORT AND RECOMMENDATION (DKT. 19)** |
| MARY J. BULLARD, STEPHEN SINCLAIR, | |
| Respondents. | |

On March 25, 2019, the undersigned issued a Report and Recommendation ("R&R") on the Petition for Writ of Habeas Corpus filed by Stanley Scott Sadler. Due to an internal scheduling error, the filing of the R&R is premature as the Court had previously granted Petitioner an extension of time to file an optional reply. Dkt. 18.

Accordingly, it is **ORDERED** that the R&R is **stricken**. Petitioner's motion for reconsideration (Dkt. 20) is **GRANTED** and the habeas petition is noted for **April 19, 2019**. The deadline for Petitioner to file his pro se reply to the Respondent's answer to his habeas petition is **April 15, 2019**.

DATED this 4th day of April, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER WITHDRAWING REPORT AND
RECOMMENDATION (DKT. 19) - 1