UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STANLEY SCOTT SADLER,

    Petitioner,

v.

MARY J. BULLARD, STEPHEN SINCLAIR,

    Respondents.

CASE NO. 2:18-cv-1440-JLR-BAT

**ORDER GRANTING COUNSEL'S WITHDRAWAL MOTION AND GRANTING PETITIONER PERMISSION TO PROCEED PRO SE**

Before the Court is a motion filed by Assistant Federal Public Defender Vicki Lai, at the request of Petitioner Stanley Scott Sadler, to withdraw as counsel, Dkt. 21, and a motion from Mr. Sadler to proceed *pro se*, and to be given additional time to file a response to Respondent's Answer. Dkt. 23.

The Court, has considered the motions and the record in this case, and **ORDERS**:

(1)     The Federal Defender's motion, Dkt. 21, is **GRANTED** and Assistant Federal Public Defender Vicki Lai may withdraw as counsel;

(2)     Mr. Sadler's motion to proceed *pro se* is **GRANTED**. Dkt. 23. Because Mr. Sadler proceeds *pro se*, he is reminded that he must provide the Court with current contact information including any changes to his mailing address or other contact information.

(3)     Mr. Sadler's motion for additional time to respond to the Answer is **GRANTED**; Any response to the Answer that Mr. Sadler wishes to file is due no later than **April 30, 2019**

(4)     Any reply to Mr. Sadler's response by Respondent shall be filed no later than

**May 14, 2019.**

(5) The Clerk shall note the matter for **May 17, 2019** as ready for the Court's consideration.

(6) The clerk shall provide a copy of this order to all parties and counsel.

DATED this 16th day of April, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge