1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8    STANLEY SCOTT SADLER,

9                        Petitioner,           CASE NO. C18-cv-01440-JLR-BAT

10        v.                                    **ORDER OF DISMISSAL**

11   MARY J. BULLARD, STEVE SINCLAIR,

12                        Respondents.

13        The Court, having reviewed Petitioner's 28 U.S.C. § 2254 habeas petition, the Report and

14   Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, ~~any~~ Petitioner's

15   Objections (DKt. 29) ~~objections or responses to that~~, and the remaining record, finds and **ORDERS** as follows:

16        (1)   The Court **ADOPTS** the Report and Recommendation;

17        (2)   Petitioner's federal habeas petition (Dkt. 1) is **DENIED** and **DISMISSED** with
               prejudice;

18

19        (3)   Petitioner is **DENIED** issuance of a certificate of appealability;

20        (4)   The Clerk is directed to send copies of this Order to the parties and to Judge
               Tsuchida.

21        DATED this 10 day of __July__, 2019.

22

23                                              _____
                                                JAMES L. ROBART
                                                United States District Judge